```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 12-04919-RNO
Ervin T. Hostetler                                                  Chapter 12
Mary R. Hostetler
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 1         Date Rcvd: Jan 27, 2017
                              Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db/jdb        Ervin T. Hostetler,    Mary R. Hostetler,    778 Kanagy Road,    Belleville, PA  17004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Brian C Thompson    on behalf of Joint Debtor Mary R. Hostetler bthompson@thompsonattorney.com,
               azema@thompsonattorney.com;azema@ecf.inforuptcy.com;legal@thompsonattorney.com;paralegal@thompson
               attorney.com;lawclerk@thompsonattorney.com
              Brian C Thompson    on behalf of Debtor Ervin T. Hostetler bthompson@thompsonattorney.com,
               azema@thompsonattorney.com;azema@ecf.inforuptcy.com;legal@thompsonattorney.com;paralegal@thompson
               attorney.com;lawclerk@thompsonattorney.com
              John F. Hacker    on behalf of Creditor    AgChoice Farm Credit, ACA jhacker@mfddlaw.com,
               Jfhacker@ptd.net
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ervin T. Hostetler, ) Case No. 12-04919-RNO
Mary R. Hostetler, )
)
Debtors. ) Chapter 12

ORDER OF COURT

**AND NOW,** the **SECOND APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of $3,529.08 for services rendered on behalf of the Debtors for the period between August 9, 2013 through December 22, 2016, which represents $3,507.00 in attorney fees and $22.08 in costs.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: January 26, 2017