UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No. 1:12-bk-04919-RNO |
|---|---|---|
| ERVIN T. HOSTETLER | : | |
| MARY R. HOSTETLER, | : | Chapter 12 |
| Debtors | : | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS TO COURT REGISTRY ACCOUNT**

On this date, July 20, 2018, I mailed a check payable to the Clerk of the Bankruptcy Court for deposit into the Court Registry Account in the amount of $534.19 that represents two check(s) that were part of the distribution of funds in the above case. These undeliverable funds were intended for the creditor(s) listed below.

| **CREDITOR** | **UNCLAIMED FUNDS** |
|---|---|
| CNH Capital America<br>PO Box 3900<br>Lancaster, PA   17604 | $534.19 |

LAW OFFICE OF LAWRENCE G. FRANK

/s/ Lawrence G. Frank, Esquire

Lawrence G. Frank, Esquire
Attorney ID No.: 15619
100 Aspen Drive
Dillsburg, PA 17019
PH: (717) 234-7455
Fax: (717) 432-9065
lawrencegfrank@gmail.com

Trustee in Bankruptcy