UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: HOSTETLER, ERVIN T.
HOSTETLER, MARY R.

Case No. 1-12-04919

Debtor(s)

## CHAPTER 12 CASE TRUSTEE'S FINAL REPORT AND ACCOUNT

LAWRENCE G. FRANK, chapter 12 trustee appointed under 11 U.S.C. § 1202(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares under penalty of perjury as follows:

1) The case was filed on 07/23/2012.

2) The plan was confirmed on 07/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on _____.

4) The trustee filed action to remedy default by the debtor in performance under the plan on _____.

5) The case was completed on 07/28/2018.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 80.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $243,724.00.

10) Amount of unsecured claims discharged without full payment: $534.19.

11) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

**UST Form 101-12-FR-C (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| **Receipts:** | | | | | |
| Total paid by or on behalf of the debtor | | | $59,172.25 | | |
| Less amount refunded to debtor | | | $0.00 | | |
| **NET RECEIPTS:** | | | | | $59,172.25 |

| | | |
|---|---|---|
| **Expenses of Administration:** | | |
| Attorney's Fees Paid Through the Plan | $15,747.00 | |
| Court Costs | | |
| Trustee Expenses & Compensation | $5,319.46 | |
| Other | $9,367.46 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $30,433.92 |
| Attorney fees paid and disclosed by debtor: | $2,993.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AGCHOICE FARM CREDIT | SECURED | $575,000.00 | $590,878.78 | $8,608.51 | $8,608.51 | |
| FARM SERVICE AGENCY | SECURED | $375,000.00 | $361,170.85 | | | |
| LEAF FINANCIAL | SECURED | $6,000.00 | $5,070.00 | | | |
| MIFFLIN COUNTY TAX COLLECTOR | SECURED | $4,000.00 | | | | |
| UNION TOWNSHIP AND SD TAXES | SECURED | $8,000.00 | | | | |
| AGCHOICE FARM CREDIT | ADMIN 11 | $0.00 | $8,663.14 | $8,663.14 | $8,663.14 | |
| PA DEPARTMENT OF REVENUE | PRIORITY | $1,595.00 | $1,595.00 | $1,595.00 | $1,595.00 | |
| UNION TOWNSHIP/ MIFFLIN COUNTY TAX | PRIORITY | $701.00 | $701.00 | $701.00 | $701.00 | |
| ACCOUNT RESOLUTION SERVICE | UNSECURED | $584.00 | | | | |
| FICA CARD SERVICES/ /BOA | UNSECURED | $2,772.00 | $2,772.88 | $138.27 | $138.27 | |
| FICA CARD SERVICES /BOA | UNSECURED | $9,483.00 | $9,483.98 | $474.17 | $474.17 | |
| BIG VALLEY ANIMAL HOSPITAL | UNSECURED | $4,000.00 | | | | |

**UST Form 101-12-FR-C (9/1/2009)**

| Creditor | Type | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---|---|---|
| CARGILL ANIMAL NUTRITION | UNSECURED | $18,241.96 | | | |
| CHASE/BANK ONE CARD SERVICES | UNSECURED | $12,251.00 | | | |
| CHASE/BANK ONE CARD SERVICES | UNSECURED | $5,619.00 | | | |
| CITIBANK (CACH, LLC) | UNSECURED | $26,852.00 | $7,334.39 | $366.55 | $366.55 |
| CNH CAPITAL | UNSECURED | $10,684.00 | $10,684.27 | $534.19 | $534.19 |
| CNH CAPITAL | UNSECURED | $509.00 | | | |
| DISCOVER CARD | UNSECURED | $11,541.00 | $11,313.46 | $11,313.46 | $11,313.46 |
| EAST GATE FEED AND GRAIN | UNSECURED | $39,000.00 | $43,426.09 | $2,171.28 | $2,171.28 |
| ELANCO | UNSECURED | $1,300.00 | | | |
| ENHANCED RECOVERY CORPORATION | UNSECURED | $160.00 | | | |
| IBA | UNSECURED | $15,000.00 | | | |
| JOHN DEERE CREDIT | UNSECURED | $12,000.00 | $15,226.20 | $761.15 | $761.15 |
| LANCASTER COLLECTIONS | UNSECURED | $461.00 | | | |
| LK DIESEL | UNSECURED | $5,000.00 | | | |
| MARYLAND & VIRGINIA MILK COOPERATIVE | UNSECURED | $600.00 | | | |
| RABO AGRIFINANCE | UNSECURED | $37,000.00 | $31,670.14 | $1,582.97 | $1,582.97 |
| RECEIVABLES SOLUTIONS, INC. | UNSECURED | $885.00 | | | |
| SEARS CREDIT CARDS | UNSECURED | $7,612.00 | | | |
| SEARS CREDIT CARDS (PRA) PORTFOLIO DISCOVERY | UNSECURED | $1,335.00 | $1,335.30 | $66.53 | $66.53 |
| SNEDEKER ENERGY | UNSECURED | $8,000.00 | $7,686.49 | $384.16 | $384.16 |
| VALLEY CREDIT SERVICE | UNSECURED | $2,559.00 | | | |
| WARRIORS PATH FINANCIAL | UNSECURED | $4,000.00 | | | |
| JEFFERSON CAPITAL SYSTEMS | UNSECURED | $0.00 | $826.70 | $41.09 | $41.09 |

**UST Form 101-12-FR-C (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | | | |
| Mortgage Arrearage | | | |
| Debt Secured by Vehicle | | | |
| All Other Secured | $8,608.51 | $8,608.51 | $0.00 |
| **TOTAL SECURED:** | $8,608.51 | $8,608.51 | $0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | | | |
| Domestic Support Ongoing | | | |
| All Other Priority | $2,296.00 | $2,296.00 | $0.00 |
| **TOTAL PRIORITY:** | $2,296.00 | $2,296.00 | $0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $17,833.82 | $17,833.82 | $0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $30,433.92 |
| Disbursements to Creditors | $28,738.33 |
| **TOTAL DISBURSEMENTS:** | $59,172.25 |

**UST Form 101-12-FR-C (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, closes the estate, and grants such other relief as may be just and proper.

Date: 04/08/2019  By: /s/ Lawrence G. Frank
                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-12-FR-C (9/1/2009)**