```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                        Case No. 12-04919-HWV
Ervin T. Hostetler                                            Chapter 12
Mary R. Hostetler
           Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman            Page 1 of 2            Date Rcvd: Jul 03, 2019
                              Form ID: 3180F             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db/jdb         Ervin T. Hostetler,    Mary R. Hostetler,    778 Kanagy Road,    Belleville, PA  17004
cr             AgChoice Farm Credit, ACA,    Route 866, P.O. Box 92,    Curryville, PA  16631-0092
4167787       +Account Resolution Service,    1801 NW 66th Avenue,    Fort Lauderdale, FL 33313-4571
4242826        AgChoice Farm Credit,    John W. Dunkle,    Route 866, P.O. Box 92,    Curryville, PA  16631-0092
4242851       +AgChoice Farm Credit, ACA,    2322 Curryville Road,    Martinsburg, PA 16662-7610
4242850       +AgChoiceFarm Credit,ACA,    c/o John F. Hacker, Esquire,
                Mosebach, Funt, Dayton & Duckworth, P.C.,    2045 Westgate Drive, Suite 404,
                Bethlehem, PA 18017-7476
4167790       +Big Valley Animal Hospital,    101 Three Cent Ln,    Reedsville, PA 17084-9208
4167795       +CNH Capital,    CRA Payment Center,    P.O. Box 3900,    Lancaster, PA 17604-3900
4167791       +Cargill Animal Nutrition,    PO Box 9300,    Minneapolis, MN 55440-9300
4167792        Chase,    PO Box 43224,    Columbus, OH 43224-0696
4167797       +East Gate Feed and Grain,    141 Three Cent Ln,    Reedsville, PA 17084-9208
4167798       +Elanco,    2500 Innovation Way,    Greenfield, IN 46140-9163
4167799        Enhanced Recovery Corporation,    8014 Mayberry Road,    Jacksonville, FL 32256
4180422        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
4167800       +Farm Service Agency,    14699 North Main Street EXT,    Meadville, PA 16335-9441
4167801        IBA,    N Wayne St & E Market St,    Reedsville, PA 17084
4167802        John Deere Credit,    P.O. Box 4450,    Carol Stream, IL 60197-4450
4178131       +John Deere Financial, f.s.b.,,    f/k/a FPC Financial, f.s.b.,    P.O. Box 6600,
                Johnston, IA 50131-6600
4167805       +LK Diesel,    125 Leacock Road,    Gordonville, PA 17529-9400
4167804       +Leaf Financial,    One Commerce Square,    2005 Market St., 15th Floor,
                Philadelphia, PA 19103-7009
4249429       +Leaf Funding Inc,    2005 Market St,    14th Floor,    Philadelphia Pa 19103-7009
4167806       +Maryland & Virginia Milk Coopertive,    1985 Isaac Newton Sq. West,    Reston, VA 20190-5031
4167807       +Mifflin County Tax Collector,    20 North Wayne Street,    Lewistown, PA 17044-1770
4167808       +PA Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281210,
                Harrisburg, PA 17128-1210
4167810       +Rabo AgriFinance,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
4167811       +Receivables Solutions, Inc.,    4700 Forest Drive,    Suite 107,    Columbia, SC 29206-3119
4167813       +Snedeker Energy,    709 E. Walnut Street P.O. Box 585,    Lewistown, PA 17044-0585
4201184        U.S. Department of Agriculture,    Farm Service Agency,    146 Stoney Creek Drive, Suite 1,
                Mifflintown PA  17059-8097
4167814       +Union Township and SD Taxes,    Herbert Eichlorn, Jr., Tax Collector,    31 Poplar Street,
                Belleville, PA 17004-8606
4167815       +Valley Credit Service,    PO Box 83,    Staunton, VA 24402-0083
4167816       +Warriors Path Financial,    3835 Wildwood Road,    Mifflinburg, PA 17844-8258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: JEFFERSONCAP.COM Jul 03 2019 23:13:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                ST CLOUD, MN  56302-9617
4167789        EDI: BANKAMER.COM Jul 03 2019 23:18:00      Bank of America,    PO Box 15019,
                Wilmington, DE 19886
4220949        EDI: RESURGENT.COM Jul 03 2019 23:18:00      CACH, LLC,    PO Box 10587,
                Greenville, SC 29603-0587
4167793       +EDI: CHASE.COM Jul 03 2019 23:18:00      Chase/Bank One Card Services,    PO Box 15298,
                Wilmington, DE 19850-5298
4167794       +EDI: CITICORP.COM Jul 03 2019 23:18:00      Citibank,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
4171310        EDI: DISCOVER.COM Jul 03 2019 23:18:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
4167796        EDI: DISCOVER.COM Jul 03 2019 23:18:00      Discover Card,    PO Box 71084,
                Charlotte, NC 28272-1084
4217601        EDI: JEFFERSONCAP.COM Jul 03 2019 23:13:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617
4167803       +E-mail/Text: csd1clientservices@cboflanc.com Jul 03 2019 19:25:27      Lancaster Collections,
                218 W. Orange St.,    Lancaster, PA 17603-3746
4167809        EDI: PRA.COM Jul 03 2019 23:18:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                Norfolk, VA 23541
4167812        EDI: SEARS.COM Jul 03 2019 23:18:00      Sears Credit Cards,    PO Box 183082,
                Columbus, OH 43218-3082
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,   PO Box 10587,    Greenville, SC  29603-0587
4167788       ##+Agchoice Farm Credit,    900 Bent Creek Blvd,    Mechanicsburg, PA 17050-1860
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
              Brian C Thompson    on behalf of Debtor 1 Ervin T. Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Brian C Thompson    on behalf of Debtor 2 Mary R. Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              John F. Hacker    on behalf of Creditor    AgChoice Farm Credit, ACA jhacker@mfddlaw.com,
               Jfhacker@ptd.net
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ervin T. Hostetler** | Social Security number or ITIN xxx–xx–7516 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary R. Hostetler** | Social Security number or ITIN xxx–xx–0824 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:12–bk–04919–HWV** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

Ervin T. Hostetler                                       Mary R. Hostetler

**By the court:**    *Henry W. Van Eck* (signature)

<u>7/3/19</u>

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 12 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180F  **Chapter 12 Discharge**  page 2