```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 12-04919-HWV
Ervin T. Hostetler                                                  Chapter 12
Mary R. Hostetler
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: REshelman         Page 1 of 1         Date Rcvd: Jul 09, 2019
                             Form ID: fnldec         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db/jdb          Ervin T. Hostetler,    Mary R. Hostetler,    778 Kanagy Road,    Belleville, PA   17004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
              Brian C Thompson    on behalf of Debtor 1 Ervin T. Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Brian C Thompson    on behalf of Debtor 2 Mary R. Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              John F. Hacker    on behalf of Creditor    AgChoice Farm Credit, ACA jhacker@mfddlaw.com,
               Jfhacker@ptd.net
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ervin T. Hostetler,<br>**Debtor 1**<br>Mary R. Hostetler,<br>**Debtor 2** | Chapter 12<br><br>Case No. 1:12–bk–04919–HWV |

Social Security No.:
    xxx–xx–7516    xxx–xx–0824

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 12 case of the above named debtor(s) is closed.

Dated: July 9, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

**fnldec** (05/18)